IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MELINCO MEDINA,                          *
                                         *
        Plaintiff,                       *
                                         *
vs.                                      *        Civil Action No.:
                                         *
GEORGIA DEPARTMENT OF HUMAN,             *
SERVICES, DIVISON OF FAMILY              *
and CHILDREN SERVICES, and               *
FICTITIOUS PARTIES "A," and "B," and     *
those other persons, entities, or        *
corporations, whose names are unknown to *
Plaintiff at this time, however, will be  *
added by amendment when ascertained.     *
                                         *
                                         *
        Defendant.                       *

## DISTRICT COURT NOTICE OF REMOVAL

**TO:   The Judges of the United States District Court for the Northern**

**District of Georgia, Atlanta Division**

COME NOW properly-served Defendant Georgia Department of Human

Services, Division of Family and Children Services ("DHS/DFCS") in the above-

style action,[1] by and through counsel, the Attorney General of the State of Georgia,

---

[1] Plaintiff alleges that Fictitious Parties "A" and "B" are unknown to him, but he
intends to add them as parties to the instant lawsuit when their names become known

and pursuant to 28 U.S.C. §§ 1441 and 1446, within the time prescribed by law, files

this Notice of Removal.  Defendant files this notice subject to and without waiving

any defenses available to it under state and federal law.  Defendant respectfully

shows the Court as follows:

1.

On April 19, 2021, Plaintiff filed a civil action against the Defendant in the

Superior Court of Fulton County, State of Georgia, said action being designated as:

> GEORGIA DEPARTMENT OF HUMAN, SERVICES, DIVISON OF
> FAMILY and CHILDREN SERVICES, and FICTITIOUS PARTIES "A,"
> and "B," and those other persons, entities, or corporations, whose names are
> unknown to Plaintiff at this time, however, will be added by amendment
> when ascertained.

A copy of the Complaint and Notice of Suit Rights ("complaint") is attached

hereto as Exhibit "A."

2.

On July 2, 2021, Plaintiff properly served DHS.  A copy of the summons

that was filed in the Superior Court, is attached hereto as Exhibit "B".

---

to him. However, DHS/DFCS is the only Defendant named by Plaintiff, and the only
entity that has been served with a summons and a copy of the Complaint.

3.

On June 3, 2021, The Honorable Melynee Leftridge, Judge filed an Order for Service Ordering Plaintiff to serve Defendant and file evidence of service or file a properly supported motion for service by publication, by Tuesday, July 6, 2021, which is attached as Exhibit "C".

4.

On July 6, 2021, Plaintiff filed a Motion to Serve by Publication, attached hereto as Exhibit "D".  In addition, on July 7, 2021, The Honorable Melynee Leftridge, Judge filed an Ordered that service against DHS/DFCS be made by publication of summons in accord with O.C.G.A. § 9-11-4(f) and § 33-7-11(e), attached hereto as Exhibit "E".

5.

In the Complaint, Plaintiff has raised three counts against all named Defendants: in Count 1, Plaintiff alleges race-based discrimination in violation of Title VII, Section 1981, and the Georgia Fair Employment Practices Act of  1978 (Count I); in Count 2, he alleges national origin-based discrimination in violation of Title VII and the Georgia Fair Employment Practices Act of 1978 (Count II); and in Count 3, he alleges Breach of Contract by Defendant with regard to his employment and termination (Count III).

6.

Plaintiff is seeking various forms of relief, including but not limited to, declaratory and injunctive relief, back pay, front pay, compensatory damages, punitive damages, costs and attorney's fees, and such further and additional relief as the Court finds just. (*See* Exhibit A, Jurisdiction and Venue ¶ 2., Prayer for Relief).

7.

Plaintiff's Complaint presents a federal question over which this Court has original subject matter jurisdiction under the provision of 28 U.S.C. § 1331, and, accordingly, is one which may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441(a).

8.

Defendant also attached hereto as Exhibit "F," a true and accurate copy of the Superior Court Notice of Removal *to be* filed in the Superior Court of Fulton County, State of Georgia.

9.

Exhibits "A" through "F" constitute all process, pleadings, and orders, which have been served upon Defendant, which has been filed, or will be filed by Defendant in the Superior Court of Fulton County, State of Georgia.

9.

Defendant submits the removal of this action within 30 days of the date they were served with Plaintiff's Complaint. Defendant consents to this notice subject to and without waiving any defenses available to Defendant under state or federal law.

WHEREFORE, Defendant moves that this Notice of Removal be filed, that said action be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, so that no further proceedings may be had in said case in the Superior Court of Fulton County, State of Georgia.

Respectfully submitted, this 30th day of July, 2021.

CHRISTOPHER M. CARR                112505
Attorney General

BRYAN K. WEBB                      743580
Deputy Attorney General

*/s/ Katherine P. Stoff*            536807
KATHERINE P. STOFF
Senior Assistant Attorney General

*/s/Laura W. McDonald*              681655
LAURA W. MCDONALD
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 458-3263
lmcdonald@law.ga.gov

Attorneys for Defendant

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2021, I served the within and foregoing

**DISTRICT COURT NOTICE OF REMOVAL** on the same day as filing the

same, by depositing a copy thereof with the United Parcel Service or in the U.S.

Mail, properly packaged, and properly addressed to the following:

> Jason H. Coffman
> Law Office of Jason H. Coffman
> 3280 Peachtree Road, NE, Ste. 700
> Atlanta, GA 30305
> jcoffman@jcoffmanlaw.com

This 30th day of July, 2021.

> */s/Laura W. McDonald*          825255
> LAURA W. MCDONALD
> Senior Assistant Attorney General
> Georgia Department of Law
> 40 Capitol Square, S.W.
> Atlanta, Georgia 30334-1300
> (404) 458-3263
> lmcdonald@law.ga.gov