IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Melinco Medina,

    Plaintiff,

v.     Case No. 1:21-cv-3077-MLB

Georgia Department of Human
Services, Division of Family and
Children Services,

    Defendant.

_____/

**ORDER**

This matter is before the Court on Magistrate Judge Regina D. Cannon's Final Report and Recommendation ("R&R") (Dkt. 26). The R&R recommends granting in part and denying in part Defendant's motion to dismiss, remanding Plaintiff's state law claims to the Superior Court of Fulton County, Georgia, and denying Plaintiff's request for leave to amend. Neither party objects to the R&R.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those

findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  But many district courts still do conduct a limited review of unobjected-to portions of an R&R, typically for clear error.  *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983 Addition) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  Even assuming that review is necessary here, the Court sees no clear error in the Magistrate Judge's conclusions.  So the Court adopts the R&R.

The Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation (Dkt. 26), **GRANTS IN PART** and **DENIES IN PART** Defendant's Motion to Dismiss (Dkt. 11), **DISMISSES WITHOUT PREJUDICE** Plaintiff's race discrimination claim under Section 1981, **DISMISSES WITH PREJUDICE** Plaintiff's discrimination claims under Title VII, **REMANDS** Plaintiff's state law claims to the Superior Court of Fulton County, Georgia, and **DENIES** Plaintiff's request for leave to amend (Dkt. 18-1).  The Court **DIRECTS** the Clerk to close the case.

**SO ORDERED** this 9th day of May, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE